Clarence Everett JONES, Sr., individually and on behalf of all present and future inmates in the Dorchester County Jails in Summerville, South Carolina and in St. George, South Carolina, Plaintiff—Appellant,

v.

John R. BARNES, Jail Administrator; A. Pastor, Captain, Detention Center Commander; S. Green, First Lieutenant and Detention Supervisor; J. Washington, First Lieutenant and Administrative Officer; L. Carmichael, Lieutenant; C. Heyward, Lieutenant; S. Everett, Lieutenant; L. Haynes, Lieutenant and Jail Team Commander; Dorchester County; Skip Elliot; Chris Murphy; Larry Hargett; Richard Rosebrock, Dorchester County Council Member; Ray Nash, Dorchester County Sheriff; Tara Richardson, City Magistrate of Dorchester County in her official capacity; Randy Scott, Chairman, Defendants—Appellees,

and

Kerry Mitchell Carn, individually, Defendant.

No. 06–1444.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 11, 2006.

Decided: Aug. 30, 2006.

Clarence Everett Jones, Sr., Appellant Pro Se. James Albert Stuckey, Jr., Stuckey Law Offices, PA, Charleston, South Carolina, for Appellees.

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Everett Jones, Sr., appeals the district court's order concurring in the magistrate judge's report and recommendation and denying relief on his civil action brought pursuant to 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order on the modified ground that Jones failed to state a claim for improper prison conditions and medical mistreatment. *See Jones v. Barnes,* No. 2:04–cv–02527–MBS, 2006 WL 752889 (D.S.C. filed Mar. 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*